B. COOK BROADFOOT, Respondent, v. BERT E. PUDNEY, Appellant.— Order modified by permitting defendant to serve amended answer within twenty days after entry and service of the order of this court, and as so modified unanimously affirmed, without costs of this appeal.

Before STATE INDUSTRIAL BOARD, Respondent. TILLIE COPPINGER, Respondent, v. JOSEPH A. CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK CARLOTA, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARY CODY, Respondent, v. ALEXANDER SMITH & SONS CARPET COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

ARTHUR L. CHANEY, Respondent, v. MARY NICHOLS and Another, Appellants.— Judgment and decree unanimously affirmed, with costs of this appeal.

ALBERT CENTERBAR, an Infant, by WILLIAM C. CENTERBAR, His Guardian ad Litem, Respondent, v. ORAZIO CLEMENTE and Another, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. HYMAN DIAMOND, Respondent, v. FREEZER & GREENSPAN and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

J. CLARENCE DAVIES, INC., Respondent, v. AMPERSAND REALTY COMPANY, INC., Appellant.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN EARLY, Respondent, v. R. PLESS & SON and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof that at the time the claimant sustained the injuries he had within him a tubercular germ, as found by the Board. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FRANCIS FAGAN and Another, Respondents, v. WALTER SIMONSEN, Doing Business as THE DEPENDABLE GARAGE, and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the evidence submitted does not sustain a finding of an accident arising out of the employment. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARY FITZPATRICK, Respondent, v. JACOB GENNIS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HELMA FREEBURG, Respondent, v. PAUL DELANEY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ERNEST GOODRICK, Respondent, v. GEORGE A. AMOS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

ANNA HUFFER, as Administratrix, etc., of GEORGE HUFFER, Deceased, Appellant, v. HUDSON VALLEY RAILWAY COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

GUY JENNINGS, Appellant, v. ALBERT VEEDER, Respondent.— Judgment unanimously affirmed, with costs.